676

## HICKS *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 18, September Term, 1959.]

*Decided October 20, 1959.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

Application for leave to appeal is denied for the reasons set forth in Judge Evans' opinion below.

*Application denied.*